```
                          FILED
              CLERK, U.S.D.C. SOUTHERN DIVISION

                      JAN 29 2010

              CENTRAL DISTRICT OF CALIFORNIA
              BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-331-AG |
| Plaintiff, | 08-332-AG |
| vs. | ORDER OF DETENTION AFTER HEARING |
| Miolano, Raymond | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Backgrd, cmty ties unknown; bail resources unknown; nature of allegs, which evid lack of amenab,lity to supervision__

1
2
3      and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on ___Criminal history record; substance
8      abuse history___
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __1/29/10__
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28